**IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

---

CANANDAIGUA NATIONAL CORPORATION,

                 Petitioner,

          v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

                 Respondent.

---

                    **PETITION FOR REVIEW OF AGENCY ORDER**

Pursuant to Federal Rule of Appellate Procedure 15(a) and 12 U.S.C. § 1848, Canandaigua National Corporation ("Petitioner") hereby petitions the Court to review and set aside:

(i) the Order of the Board of Governors of the Federal Reserve System dated October 17, 2025 (FRB Order No. 2025-17), which disapproved Petitioner's application for approval of its proposed Cash Guarantee Mortgage Program as a complementary financial activity under Section 4 of the Bank Holding Company Act (12 U.S.C. § 1843), and attached hereto as Exhibit A; and

(ii) the subsequent Order of the Board of Governors of the Federal Reserve System dated November 10, 2025, which denied Petitioner's Request for Reconsideration of the Board's October 17, 2025 Order, and attached hereto as Exhibit B.

Dated:    December 8, 2025           By:   /s/ Jeffrey A. Wadsworth
                                        Jeffrey A. Wadsworth, Esq.
                                        Laura A. Higgins, Esq.
                                        HARTER SECREST & EMERY LLP
                                        1600 Bausch and Lomb Place
                                        Rochester New York 14604
                                        Tel.: (585) 232-6500

Email: jwadsworth@hselaw.com
lhiggins@hselaw.com

*Attorneys for Petitioner*
*Canandaigua National Corporation*