**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

| | |
|---|---|
| CANANDAIGUA NATIONAL CORPORATION,<br><br>          Petitioner,<br><br>v.<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>          Respondent. | No. 25-3083 |

## CERTIFIED LIST OF THE RECORD

I, Benjamin McDonough, Deputy Secretary and Ombuds for the Board of Governors of the Federal Reserve System, certify that the documents listed below constitute the record regarding the Order of the Board of Governors of the Federal Reserve System dated October 17, 2025 (FRB Order No. 2025-17), and the Order of the Board of Governors of the Federal Reserve System dated November 10, 2025, that denied the request for reconsideration of the October 17, 2025, Order.

Dated: January 20, 2026

BENJAMIN
MCDONOUGH

Digitally signed by BENJAMIN
MCDONOUGH
Date: 2026.01.20 17:16:23 -05'00'

Benjamin McDonough
Deputy Secretary and Ombuds
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue NW
Washington, DC  20551

| Doc. No. | Date | Description[1] | Beginning Page No. |
|---|---|---|---|
| 1 | May 17, 2024 | CNC application requesting Board approval of a proposed Cash Guarantee Mortgage Program | R001 |
| 2 | May 23, 2024 | EZFile message from FRBNY to CNC acknowledging receipt of CNC application[2] | R039 |
| 3 | July 16, 2024 | Board email to CNC regarding the processing period for the application | R041 |
| 4 | August 29, 2024 | EZFile message from FRBNY to CNC concerning confidential treatment | R043 |
| 5 | September 6, 2024 | CNC request for confidential treatment of its application | R044 |
| 6 | September 6, 2024 | EZFile message from FRBNY to CNC about resubmission of documents | R075 |
| 7 | September 9, 2024 | EZFile message from CNC to FRBNY about resubmission of documents | R076 |
| 8 | September 12, 2024 | CNC letter regarding its request for confidential treatment of its application | R077 |
| 9 | September 13, 2024 | FRBNY emails with CNC about confidentiality | R140 |
| 10 | September 17, 2024 | CNC letter regarding its request for confidential treatment of its application | R143 |
| 11 | September 25, 2024 | Email invite reflecting call among the Board, FRBNY, and CNC | R190 |
| 12 | October 3, 2024 | EZFile message from FRBNY requesting additional information from CNC | R192 |

---

[1] The following abbreviations are used in this table: "CNC" refers to Petitioner Canandaigua National Corporation, "FRBNY" refers to the Federal Reserve Bank of New York, and "Board" refers to Respondent Board of Governors of the Federal Reserve System.

[2] "EZFile" refers to FedEZFile, the Federal Reserve System's technology tool that facilitates communications with financial organizations.

2

| 13 | October 15, 2024 | EZFile message from CNC responding to the October 3, 2024 request for additional information | R198 |
|---|---|---|---|
| 14 | November 18, 2024 | EZFile message from FRBNY requesting additional information from CNC | R214 |
| 15 | November 21, 2024 | EZFile message from CNC requesting an extension of time to respond to the November 18, 2024 request for additional information | R220 |
| 16 | November 22, 2024 | EZFile message from FRBNY responding to request for an extension of time | R222 |
| 17 | December 5, 2024 | EZFile message from CNC responding to the November 18, 2024 request for additional information | R223 |
| 18 | February 12, 2025 | EZFile message from CNC regarding processing time for application | R265 |
| 19 | February 24, 2025 | Board email requesting additional information from CNC | R268 |
| 20 | February 28, 2025 | EZFile message and email from CNC requesting an extension of time to respond to the February 24, 2025 request for additional information | R274 |
| 21 | February 28, 2025 | Board email granting request for an extension of time | R279 |
| 22 | March 3, 2025 | CNC email concerning extension of time | R282 |
| 23 | March 14, 2025 | CNC response to the February 24, 2025 request for additional information | R285 |
| 24 | March 17, 2025 | CNC errata sheet concerning its March 14, 2025 response | R305 |
| 25 | April 11, 2025 | Board email requesting additional information from CNC | R307 |
| 26 | April 22, 2025 | CNC response to the April 11, 2025 request for additional information | R310 |
| 27 | May 9, 2025 | Board email providing status update to CNC | R320 |
| 28 | June 12, 2025 | Board email providing status update to CNC | R321 |

| 29 | June 20, 2025 | Board email regarding the processing period for the application | R322 |
|----|----|----|----|
| 30 | June 27, 2025 | CNC letter regarding the processing period for the application | R325 |
| 31 | July 14, 2025 | Board email regarding the processing period for the application | R327 |
| 32 | July 16, 2025 | CNC letter regarding the processing period for the application | R331 |
| 33 | October 8, 2025 | Email invite reflecting call among the Board, FRBNY, and CNC | R332 |
| 34 | October 17, 2025 | Board email regarding final action letter and final order concerning the application | R333 |
| 35 | October 31, 2025 | CNC request for reconsideration | R356 |
| 36 | November 10, 2025 | Board response to CNC request for reconsideration | R365 |

## CERTIFICATE OF SERVICE

I hereby certify that, on January 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the Court's electronic filing system. I further certify that the participants in the case are users of the Court's electronic filing system and that service will be accomplished by using the Court's electronic filing system.

 /s/ *Nicholas Jabbour*
Nicholas Jabbour
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
(202) 815-7450
nick.jabbour@frb.gov

*Counsel for Respondent Board of Governors of the Federal Reserve System*