

**Harter Secrest & Emery LLP**

ATTORNEYS AND COUNSELORS

WWW.HSELAW.COM

January 22, 2026

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re: ***Canandaigua National Corporation v. Board of Governors of the Federal Reserve System,***
> USCA Docket No. 25-3083

Dear Ms. Wolfe:

We represent Petitioner Canandaigua National Corporation in the above-referenced appeal. Pursuant to Local Rule 31.2(a), we respectfully request that the brief for Petitioner Canandaigua National Corporation be due on **April 21, 2026**. This proposed date is 91 days from the ready date.

Thank you for your assistance.

Respectfully submitted,

Harter Secrest & Emery LLP

Jeffrey A. Wadsworth
DIRECT DIAL: 585.231.1113
E-MAIL: JWADSWORTH@HSELAW.COM

cc: All Counsel of Record via E-filing