**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of February, two thousand twenty-six,

Canandaigua National Corporation,

        Petitioner,

   v.

Board of Governors of the Federal Reserve System,

        Respondent.

**ORDER**
Docket No. 25-3083

Counsel for Petitioner Canandaigua National Corporation has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 21, 2026 as the brief filing date.

It is HEREBY ORDERED that Petitioner's brief must be filed on or before April 21, 2026. The appeal is dismissed effective April 21, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court